**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**WESTERN DIVISION**

**ALVARO LARA MARTINEZ**                                    **PETITIONER**

**V.**                                    **CIVIL ACTION NO. 5:25-cv-105-DCB-LGI**

**PAM BONDI, et al.**                                    **RESPONDENTS**

## <u>ORDER</u>

This matter is before the Court on Petitioner's [17] Amended Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241.  This cause, filed October 1, 2025, originated in the Western District of New York, and names Pam Bondi, Todd Lyons, Kristi Noem, and the Warden of the Batavia Federal Detention Facility, as Respondents. Soon after filing, however, the parties filed a [4] Joint Stipulation stipulating that Petitioner was transferred to the Adams County Correctional Center in Natchez, Mississippi, on September 30, 2025.  By [5] Joint Stiplulation and Order, the Western District of New York transferred this action to the Southern District of Mississippi, with the stipulation that Petitioner "be given leave to amend the Petition to include the correct custodian in the caption." [1]

---

[1] The undersigned notes that in the caption of the transfer order, Joseph E. Freden, Deputy Field Office Director of the Buffalo Federal Detention Facility in Buffalo, New York, was substituted for "Warden," and the "Batavia Federal Detention" was corrected to the "Buffalo Federal Detention Facility." Though the order refers to Deputy Freden as Petitioner's "immediate custodian" in a footnote, the order acknowledges, in the main, that Petitioner was in the custody of the Adams County Correctional Center and in the jurisdiction of the Southern District of Mississippi at the time of filing.

Post-transfer, Respondents filed a [15] Moved to Dismiss Bondi, Noem, Lyons and the Warden of Batavia Federal Detention Center for lack of personal jurisdiction. In response, Petitioner filed an Amended Petition to formally add the Warden of Adams County Correctional Center, Rafeal Vergara, "as the warden who has direct control over his person and the sole Respondent in this matter."

The federal habeas statute provides that the proper respondent to a habeas petition is "the person who has custody over [the petitioner]." 28 U.S.C. § 2242; *see also* 28 U.S.C. § 2243 ("The writ, or order to show cause shall be directed to the person having custody of the person detained.").  The Supreme Court has long held that **"**[t]he consistent use of *the* definite article in reference to the custodian indicates that there is generally ***only one proper respondent*** to a given prisoner's habeas petition." *Rumsfeld v. Padilla*, 542 U.S. 426, 434 (2004) (emphasis added).  Accordingly, under what's known as the "immediate custodian rule," when a habeas petitioner challenges his present physical custody, "the proper respondent is the warden of the facility where the [petitioner] is being held, not the Attorney General or some other remote supervisory official." *Rumsfeld*, 542 U.S. at 435 (citing *Wales v. Whitney*, 114 U.S. 564, 574 (1885).

At all times here, Petitioner's custodian has been Rafael Vergara, the Warden of Adams County Correctional Center, and as such, he is hereby substituted as the sole Respondent in this case.  Pam Bondi, Todd Lyons, Kristi Noem, Joseph E. Freden, and any other remote supervisory officials, are hereby terminated.

**IT IS THEREFORE ORDERED** that the Clerk of Court is directed to edit the docket to reflect that Rafael Vergara, Warden of Adams County Correctional Center, is

substituted for Pam Bondi, Todd Lyons, Kristi Noem, Joseph E. Freden, as the sole Respondent in this cause.

**IT IS FURTHER ORDERED** that the Clerk of Court shall serve, by certified mail, a copy of Petitioner's Amended Petition, along with a copy of this Order upon the Civil Process Clerk of the Office of the United States Attorney for the Southern District of Mississippi, 501 E. Court St., Suite 4.430, Jackson, MS 39201; the Attorney General of the United States, at U.S. Department of Justice, 950 Pennsylvania Ave., NW, Washington, D.C. 20530; and Warden of Adams County Correctional Center, 20 Hobo Fork Road, Natchez, MS 39120.

SO ORDERED on July 15, 2026.

s/ LaKeysha Greer Isaac
UNITED STATES MAGISTRATE JUDGE