IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

Alvaro Lara Martinez                                      PETITIONER

V.                          CIVIL ACTION NO. 5:25-cv-105-DCB-LGI

RAFAEL VERGARA                                           RESPONDENT

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on Magistrate Judge Issac's Report and Recommendation ("Report") [ECF No. 24], which recommends that Defendant's Motion to Dismiss [ECF No. 15] be denied as moot. The Report was entered on July 15, 2026, and objections were due by July 29, 2026. No party has objected to the Report.

Where no party has objected to a Magistrate Judge's Report and Recommendation, the Court need not conduct a de novo review of it. 28 U.S.C. § 636(b)(1) ("A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made."). Where there are no objections, the Court applies the "clearly erroneous, abuse of discretion and contrary to law" standard of review to the Report. United States v. Wilson, 864 F.2d 1219, 1221 (5th Cir. 1989).

The Court, having reviewed Respondent's Motion to Dismiss [ECF No. 15] and Judge Issac's Report [ECF No. 24], finds that Defendant's Motion to Dismiss [ECF No. 13] should be denied as

moot. The Court adopts Judge Issac's findings and conclusions in full.

Accordingly,

The Court agrees with Judge Issac's recommendation. The Report [ECF No. 24] is hereby ADOPTED.

So ordered and adjudged, this the 3rd day of August, 2026.

/s/ David C. Bramlette
UNITED STATES DISTRICT JUDGE